JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SLEDGE TRUCKIN LLC a Mississippi limited liability company, and<br>CHARLIE SLEDGE, an individual,<br><br>Defendants. | Case No. 8:25-cv-01465-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 18]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Ameris Bank, doing business as Balboa Capital, shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Sledge Truckin LLC and Charlie Sledge, jointly and severally, in the amount of **$243,732.01** (consisting of the principal amount due of $228,814.17; prejudgment interest of $14,917.84; litigation costs of $525; and attorneys' fees of $8,176.28).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 15, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-